UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT

_____

No: 21-2467

_____

Randy McDaniel

Plaintiff - Appellee

v.

Markeith Neal, individually and in his capacity as a police officer for the City of Pine Bluff, Arkansas

Defendant - Appellant

Tamina Smith, individually and in her capacity as a police officer for the City of Pine Bluff, Arkansas; City of Pine Bluff, Arkansas

Defendants

------

Appeal from U.S. District Court for the Eastern District of Arkansas - Central
(4:19-cv-00862-BRW)

------

**JUDGMENT**

Before LOKEN, KELLY, Circuit Judges and MENENDEZ, District Judge.

This appeal from the United States District Court was submitted on the record of the district court and briefs of the parties.

After consideration, it is hereby ordered and adjudged that the judgment of the district court in this cause is reversed and the cause is remanded to the district court for proceedings consistent with the opinion of this court.

August 15, 2022

Order Entered in Accordance with Opinion:
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____
        /s/ Michael E. Gans

# John Hibbs

| | |
|---|---|
| **From:** | ca08ml_cmecf_Notify@ca8.uscourts.gov |
| **Sent:** | Monday, August 15, 2022 10:00 AM |
| **Subject:** | 21-2467 Randy McDaniel v. Markeith Neal, et al "judgment filed sua sponte reversed" (4:19-cv-00862-BRW) |

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.

## Eighth Circuit Court of Appeals

**Notice of Docket Activity**

The following transaction was filed on 08/15/2022

| | |
|---|---|
| **Case Name:** | Randy McDaniel v. Markeith Neal, et al |
| **Case Number:** | 21-2467 |
| **Document(s):** | Document(s) |

**Docket Text:**
**JUDGMENT FILED -** The judgment of the originating court is REVERSED, and the case REMANDED in accordance with the opinion. JAMES B. LOKEN, JANE KELLY and KATHERINE M. MENENDEZ Hrg June 2022 [5187188] [21-2467] (Casey Lee)

**Notice will be electronically mailed to:**

Ms. Jenna Allison Adams: jenadams@arml.org, rblankenship@arml.org
Mr. Jonathan Prazak: jprazak@prazaklaw.com, mcrayne@prazaklaw.com
Ms. Whitney Murph Cossio: whitney@cookandcossio.com
Ms. Tammy H. Downs, Clerk of Court: ared_appeals@ared.uscourts.gov

**Notice will be mailed to:**

Mr. Harold F. Cook, Jr.
COOK & COSSIO
Suite 404
620 W. Third Street
Little Rock, AR 72201

The following document(s) are associated with this transaction:
**Document Description:** Judgment With Opinions
**Original Filename:** /opt/ACECF/live/forms/CaseyLee_212467_5187188_JudgmentsWithOpinions_258.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1105112566 [Date=08/15/2022] [FileNumber=5187188-0]

1

[a2a34cf32e8adacb9121eff9422d0b3c8c13c48d033ef0f637005f413738f7abeb56c1bf0efd5a34248c734b2e2f4401420487945c48239fcfd84da8708d5be6]]

**Recipients:**

- Ms. Jenna Allison Adams
- Mr. Harold F. Cook, Jr.
- Ms. Whitney Murph Cossio
- Ms. Tammy H. Downs, Clerk of Court
- Mr. Jonathan Prazak

The following information is for the use of court personnel:

**DOCKET ENTRY ID:** 5187188
**RELIEF(S) DOCKETED:**
  reversed
  Remanded
**DOCKET PART(S) ADDED:** 7095188, 7095189, 7095190, 7095191